**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 19-1196**

———————

MARY JOANNE DOWD,

Trustee - Appellee,

v.

CARLOS R. LAZO; OSCAR A. LAZO,

Defendants - Appellants.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:18-cv-01515-LMB-JFA)

———————

Submitted:  June 20, 2019                                        Decided:  June 24, 2019

———————

Before NIEMEYER, AGEE, and RICHARDSON, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Carlos R. Lazo, Oscar A. Lazo, Appellants Pro Se.  Mary Joanne Dowd, ARENT FOX, LLP, Washington, D.C., for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carlos R. Lazo and Oscar A. Lazo appeal the district court's order adopting the recommendation of the bankruptcy court to award default judgment in favor of the trustee and against the Lazos in the underlying Chapter 11 proceeding. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Dowd v. Lazo*, No. 1:18-cv-01515-LMB-JFA (E.D. Va. Jan. 17, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*